FILED15MAR'23 12:29USDC-ORP

# UNITED STATES DISTRICT COURT
# DISTRICT OF OREGON
# PORTLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | 3:23-cr-00081-SI |
| v. | INDICTMENT |
| WILFREDO ZUNIGA-MELENDEZ; and ROBERTO CARLOS CASTRO-RIVAS, | 21 U.S.C. §§ 841(a)(1), (b)(1)(B)(vi), and 846; |
| Defendants. | Forfeiture Allegation |
| | **UNDER SEAL** |

**THE GRAND JURY CHARGES:**

### COUNT 1
(Conspiracy to Distribute Fentanyl)
(21 U.S.C. §§ 841(a)(1), (b)(1)(B)(vi), and 846)

Beginning on or about January 17, 2023, and continuing until on or about February 28, 2023, within the District of Oregon, defendants **WILFREDO ZUNIGA-MELENDEZ** and **ROBERTO CARLOS CASTRO-RIVAS** did knowingly and intentionally combine, conspire, confederate, and agree with each other and other(s) both known and unknown to the Grand Jury, to distribute 40 grams or more of a mixture or substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide (fentanyl), a Schedule II controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1), (b)(1)(B)(vi); and 846.

## COUNT 2
### (Possession with Intent to Distribute Fentanyl)
### (21 U.S.C. § 841(a)(1), (b)(1)(B)(vi))

On or about February 28, 2023, in the District of Oregon, the defendants, **WILFREDO ZUNIGA-MELENDEZ** and **ROBERTO CARLOS CASTRO-RIVAS**, did unlawfully and knowingly possess with intent to distribute a mixture or substance containing a detectable amount of N-phenyl-N- [1- ( 2-phenylethyl ) -4-piperidinyl ] propanamide (fentanyl), a Schedule II controlled substance. The Grand Jury further charges that this violation involved 40 grams or more of a mixture or substance containing a detectable amount of fentanyl.

In violation of Title 21, United States Code, Section 841(a)(1) and (b)(1)(B)(vi).

### FORFEITURE ALLEGATION

Upon conviction of any of the offenses set forth in Counts One and Two in this indictment, defendants shall forfeit to the United States, pursuant to 21 U.S.C. § 853, any and all property constituting, or derived from any proceeds obtained, directly or indirectly, as a result of the aforesaid violations and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of the violations alleged in any offense set forth in Counts One and Two of this Indictment.

Dated: March 14, 2023

A TRUE BILL.

OFFICIATING FOREPERSON

Presented by:
NATALIE K. WIGHT
United States Attorney

_____
CASSADY A. ADAMS, Colorado Bar #48807
Assistant United States Attorney